**E-FILED**
Monday, 12 May, 2008  09:40:56 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

ROCKIES EXPRESS PIPELINE LLC,　)
a Delaware Limited Liability　　　)
Company,　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　 )　　　NO. 08-3078
　　　　　　　　　　　　　　　)
EDWARD J. FLYNN as TRUSTEE of )
the ALMA C. WALSH TRUST,　　 )
CHARLES GALE LUCK, RICHARD 　)
A. CRIST, ERICKA D. CRIST, ABBIE )
ELLEN MORRIS, MARY FRANCES 　)
MORRIS, JAMES MALACHY　　　 )
MORRIS, STEVEN W. LAUNIUS,　 )
LARRY SKINNER, and HELEN　　 )
SKINNER,　　　　　　　　　　 )
　　　　　　　　　　　　　　 )
　　　Defendants.　　　　　　 )

## <u>OPINION</u>

RICHARD MILLS, U.S. District Judge:

　　Plaintiff's motion to dismiss [d/e 28] is granted pursuant to Federal

Rule of Civil Procedure 41(a)(2).  The Amended Motion for Preliminary

Injunction [d/e 10] is denied as moot.

IT IS SO ORDERED.

ENTERED:                                  May 9, 2008

FOR THE COURT:                    /s Judge Richard Mills
                                                United States District Judge